# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| 2TG LLC DBA THE TRUE GEM, *et al.*,[1] | § | |
| | § | **CASE NO. 24-31334 (SGJ)** |
| **DEBTOR** | § | |
| | § | **(JOINTLY ADMINISTERED)** |

## NOTICE OF EFFECTIVE DATE

**PLEASE TAKE NOTICE** that November 8, 2024, the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (this "Court") entered an order (Docket No. 106) (the "Confirmation Order") confirming the Consensual Plan of Reorganization of 2TG LLC DBA THE TRUE GEM, *et al.* (the "Debtor"). See attached Confirmation Order (Exhibit "A").

**PLEASE TAKE FURTHER NOTICE OF THE FOLLOWING:**

1. **Effective Date.** Pursuant to the Confirmation Order, the Debtor hereby certifies and gives notice that the Plan became effective in accordance with its terms. The effective date will occur on ***December 5, 2024*** (the "Effective Date").

Dated: December 5, 2024

                                                 Respectfully submitted,

                                                 THE LANE LAW FIRM, PLLC

                                                 */s/Robert C. Lane*
                                                 Robert C. Lane
                                                 State Bar No. 24046263
                                                 notifications@lanelaw.com
                                                 Joshua D. Gordon
                                                 State Bar No. 24091592
                                                 Joshua.gordon@lanelaw.com
                                                 6200 Savoy, Suite 1150
                                                 Houston, Texas 77036
                                                 (713) 595-8200 Voice
                                                 (713) 595-8201Facsimile
                                                 COUNSEL FOR DEBTOR

---

[1] The Debtors in these Chapter 11 Sub V cases, along with the last four digits of each Debtor's federal tax identification number, are: 2TG LLC DBA THE TRUE GEM (2579); ARMSTRONG DIAMONDS (4145). The mailing address for the Debtors listed above is 2626 Cole Ave, Suite 800, Dallas, TX 75204.

# **CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the Notice of Effective Date and Plan Deadlines was served to the parties listed below and the attached matrix via electronic notice by the court's ECF noticing system or by U.S. first-class mail postage pre-paid on December 5, 2024.

<u>Debtors (Requested Joint Administration):</u>
2TG LLC DBA THE TRUE GEM (BK Case No. 24-31334)
ARMSTRONG DIAMONDS, LLC (BK Case No. 24-31338)
2626 Cole Ave
Suite 800
Dallas, TX 75204

<u>US Trustee:</u>
Office of the U.S. Trustee:
1100 Commerce Street
Room 976
Dallas, TX 75242

<u>Parties Requesting Notice</u>
Vienna Flores Anaya on behalf of Creditor Talon 2626 Cole, LLC
vanaya@jw.com, vflores@ecf.courtdrive.com;kgradney@jw.com;osalvatierra@jw.com

Areya Holder Aurzada (SBRA V)
trustee@holderlawpc.com, aha@trustesolutions.net;caha11@trustesolutions.net

Robert Lane on behalf of Debtor 2TG LLC
chip.lane@lanelaw.com, thelanelawfirm@jubileebk.net;notifications@lanelaw.com

Robert Lane on behalf of Debtor Armstrong Diamonds, LLC
chip.lane@lanelaw.com, thelanelawfirm@jubileebk.net;notifications@lanelaw.com

Robert Lane on behalf of Jointly Administered Party/Debtor Armstrong Diamonds, LLC
chip.lane@lanelaw.com, thelanelawfirm@jubileebk.net;notifications@lanelaw.com

Kelsey Linendoll, I on behalf of Creditor Hanmi Bank
klinendoll@padfieldstout.com

Bruce J. Ruzinsky on behalf of Creditor Talon 2626 Cole, LLC
bruzinsky@jw.com, msalinas@jw.com

Dawn Whalen Theiss on behalf of Creditor Small Business Administration
dawn.theiss@usdoj.gov, brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov

John Kendrick Turner on behalf of Creditor Dallas County
john.turner@lgbs.com, Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Kimberly A. Walsh on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov

*/s/ Robert "Chip" Lane*
Robert "Chip" Lane

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-3<br>Case 24-31334-sgj11<br>Northern District of Texas<br>Dallas<br>Thu Dec 5 06:54:15 CST 2024 | 2TG, LLC<br>2626 Cole Ave Ste 800<br>Dallas, TX 75204-0828 | Armstrong Diamonds, LLC<br>2626 Cole Ave, Suite 800<br>Dallas, TX 75204-0828 |
| Dallas County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John K. Turner<br>2777 N. Stemmons Fwy, Ste. 1000<br>Dallas, TX 75207-2328 | Hanmi Bank<br>c/o Padfield & Stout, LLP<br>100 Throckmorton Street, Suite 700<br>Fort Worth, TX 76102-2837 | Texas Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin, tx 78711-2548 |
| Texas Comptroller of Public Accounts, Revenu<br>Kimberly A. Walsh<br>c/o Sherri Simpson, Paralegal<br>PO Box 12548<br>Austin, TX 78711-2548 | U.S. Attorney<br>1100 Commerce, 3rd Floor<br>Dallas, TX 75242-1074 | U.S. Attorney General<br>Department of Justice<br>Washington, DC 20001 |
| 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Andres Ysidoro Ramirez<br>2626 Cole Ave #800<br>Dallas, TX 75204-0828 |
| Armstrong Diamonds, LLC<br>2626 Cole Ave<br>Dallas, TX 75204-1083 | BRI 1853 2626 Cole, LLC<br>Attention: Patrick Manning<br>2626 Cole Ave Ste 500<br>Dallas, TX 75204-1068 | Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX 78711-2548 |
| Dallas County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John Kendrick Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | Hanmi Bank<br>Po Box 3547<br>Bellevue, WA 98009-3547 | Hanmi Bank<br>c/o Kelsey N. Linendoll<br>Padfield & Stout, LLP<br>100 Throckmorton Street, Suite 700<br>Fort Worth, Texas 76102-2837 |
| Internal Revenue Service<br>1100 Commerce St. MC5027DAL<br>Dallas, TX 75242-1100 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Lynne Elizabeth Armstrong<br>2626 Cole Ave #800<br>Dallas, TX 75204-0828 |
| Ocean Funding Corp<br>1451 W Cypress Creek Road<br>Fort Lauderdale, FL 33309-1961 | Ocean Funding Corp.<br>2941 NW 62 Street<br>Suite 101<br>Fort Lauderdale, FL 33309-1762 | Parkside Funding Group<br>865 NJ-33 Business Unit 192<br>Freehold, NJ 07728 |
| Parkside Funding Group LLC<br>1615 Avenue i Apt 122<br>Brooklyn, NY 11230-3044 | PayPal Working Capital<br>Po Box 71202<br>Charlotte, NC 28272-1202 | Paypal Working Credit<br>Attn: Executive Escalation<br>PO Box 45950<br>Omaha, NE 68145-0950 |
| (p)SHOPIFY INC<br>100 SHOCKOE SLIP 2ND FLOOR<br>RICHMOND VA 23219-4100 | Talon 2626 Cole, LLC<br>c/o Jackson Walker LLP<br>2323 Ross Avenue, Suite 600<br>Dallas, TX 75201-2725 | The Lane Law Firm<br>6200 Savoy Dr Ste 1150<br>Houston, TX 77036-3369 |

```
U.S. Small Business Administration        U.S. Small Business Administration (SBA) - A      United States Trustee
150 Westpark Way                           Little Rock Commercial Loan Servicing Ce         1100 Commerce Street
Suite 130                                  2120 Riverfront Drive 100                        Room 976
Euless, TX 76040-3705                      Little Rock, AR 72202-1794                       Dallas, TX 75242-0996


WebBank                                    Areya Holder Aurzada (SBRA V)                    Robert Lane
215 S State St Ste 1000                    Holder Law                                       The Lane Law Firm PLLC
Salt Lake Cty, UT 84111-2336               PO Box 2105                                      6200 Savoy Dr Ste 1150
                                           Addison, TX 75001-2105                           Houston, TX 77036-3369
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Shopify Capital Inc                        (d)Shopify Capital Inc.
Shopify Admin                              100 Shockoe Slip
33 New Montgomery St Suite 750             2nd Floor
San Francisco, CA 94105                    Richmond, VA 23219-0000
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Small Business Administration           (u)Talon 2626 Cole, LLC                          (u)United States Of America Internal Revenue


(d)2TG LLC                                 End of Label Matrix
2626 Cole Ave Ste 800                      Mailable recipients    35
Dallas, TX 75204-0828                      Bypassed recipients     4
                                           Total                  39
```